UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM G. LOOK,<br><br>                    Plaintiff,<br><br>           v.<br><br>STEVEN STOKES, JAMES MILLER, and MARTIN RIOS-MAGANA,<br><br>                    Defendants. | NO: 4:14-CV-5088-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FIRST AMENDED COMPLAINT<br><br>28 U.S.C. § 1915(g) |

Before the Court is Magistrate Judge Rodgers's Report and Recommendation, ECF No. 10, recommending the Court dismiss the First Amended Complaint with prejudice for failure to state a claim upon which relief may be granted and that such dismissal count as one under 28 U.S.C. § 1915(g). Defendants have not been served and no objection to the Report and Recommendation was filed by Plaintiff.

Having reviewed the Report and Recommendation and the record, **IT IS HEREBY ORDERED:**

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1. The Report and Recommendation (ECF No. 10), is **ADOPTED in its entirety.**

2. Plaintiff's First Amended Complaint is dismissed with prejudice and the dismissal is counted as one under 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and forward copies to Plaintiff and Magistrate Judge Rodgers.

**DATED** March 10, 2015.



THOMAS O. RICE
United States District Judge